Form G-4

**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) Linda McCahill _____ Case No. __19-34437__ Chapter __13__

All Cases: Moving Creditor Exeter Finance, LLC _____ Date Case Filed December 06, 2019

Nature of Relief Sought: ☑ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed February 28, 2020

Chapter 7: ☐ No-Asset Report Filed on _____
☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☐ Home
   b. ☑ Car   Year, Make, and Model __2014 FORD Focus Sedan 4D SE I4__
   c. ☐ Other (describe)_____

2. Balance Owed as of Petition Date   $ ____6,269.49____
   Total of all other Liens against Collateral $_____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)   $ ____6,425.00____

5. Default
   a. ☐ Pre-Petition Default
      Number of months 0.000      Amount $ ____0.00____

   b. ☑ Post-Petition Default
      i. ☑ On direct payments to the moving creditor
         Number of months 2.343     Amount $ ____458.45____

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____     Amount $ _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i. ☑ No insurance
      ii. ☐ Taxes unpaid       Amount $ _____
      iii. ☑ Rapidly depreciating asset
      iv. ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe)_____
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: ____June 17, 2020____                    ____/s/ Jennifer Rinn____
                                                 Counsel for Movant

(Rev. 12 /21/09)