UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Linda McCahill<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 19-34437<br><br>Chapter: 13<br>Honorable LaShonda Hunt<br>Joliet |

## Order Modifying Claim #12

This matter coming on the Trustee's Objection to Claim, proper notice given and the court being advised in the premises;

IT IS HEREBY ORDERED:

1. The claim of Parul Patel, Claim #12 filed on February 14, 2020 shall be treated as a General Unsecured Claim.

Enter:

*LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: September 25, 2020

**Prepared by:**

Glenn Stearns Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle  IL  60532
630-981-3888